# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:04CR140-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TIMOTHY ABRAMS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Government's Motion for Mandatory Victim Restitution and for a Ninety Day Extension to Determine Final Restitution. It appears that the prerequisites for the Mandatory Victim Restitution Act, 18 U.S.C. 3663A(c)(1), are met here, and that more time is needed to adequately establish the appropriate restitutionary claims and amounts.

**IT IS THEREFORE ORDERED** that the Government shall have ninety (90) day extension of time to develop a full and accurate plan for victim restitution in this case.

Signed: June 28, 2006

Graham C. Mullen
United States District Judge