IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW304CR00140-001 |
| ) | (Financial Litigation Unit) |
| TIMOTHY ABRAMS ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| TOYOTA OF ROCK HILL, ) | |
| Garnishee. ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Timothy Abrams is DISMISSED.

**SO ORDERED**.

Signed: October 18, 2017

_____
David S. Cayer
United States Magistrate Judge